UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SAMUEL LaSALLE,

                          Petitioner,

   -against-                                           9:11-CV-0304 (LEK/DEP)

WILLIAM A. LEE, Superintendent of
Green Haven Correctional Facility,

                          Respondent.

## ORDER

      This matter comes before the Court following a Report-Recommendation filed on September 6, 2012 by the Honorable David E. Peebles, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Northern District of New York Local Rule 72.3(d).  Dkt. No. 23 ("Report-Recommendation").

      Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations."  FED. R. CIV. P. 72(b); N.D.N.Y. L.R. 72.1(c).  "If no objections are filed . . . reviewing courts should review a report and recommendation for clear error."  Edwards v. Fischer, 414 F. Supp. 2d 342, 346-47 (S.D.N.Y. 2006) (citations omitted).

      Here, no objections have been raised in the allotted time with respect to Magistrate Judge Peebles's Report-Recommendation.  See generally Dkt.  After a thorough review of the Report-Recommendation and the record, the Court has determined that the Report-Recommendation is not subject to attack for clear error or manifest injustice.

      Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 23) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that the Petition (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED**, that no certificate of appealability shall issue in this case because Petitioner has failed to make a "substantial showing of the denial of a constitutional right" pursuant to 28 U.S.C. § 2253(c)(2); and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order upon the parties to this action.

**IT IS SO ORDERED**.

DATED:      October 09, 2012
            Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge